G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiffs
Andre & Lorena Medel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MEDEL & LORENA BRICENO MEDEL,<br><br>     Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., dba AMERICA'S SERVICING COMPANY;  TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>     Defendants. | Case No.: 13-cv-04380-MWF-E<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC, ONLY** |

1  Plaintiffs, ANDRE MEDEL & LORENA BRICENO MEDEL, by and though
2  their attorney, inform this Honorable Court that Plaintiffs have settled their case with
3  Defendant, TRANS UNION, LLC, only.

RESPECTFULLY SUBMITTED,

DATED:  July 23, 2013          **PRICE LAW GROUP APC**
　　　　　　　　　　　　　　 By: /s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　　 G. Thomas Martin, III
　　　　　　　　　　　　　　　　 Attorney for Plaintiffs