G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiffs
Andre & Lorena Medel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDRE MEDEL & LORENA BRICENO MEDEL, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO HOME MORTGAGE, INC., dba AMERICA'S SERVICING COMPANY; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 13-CV-04380-MWF (Ex) <br><br> **STIPULATION FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT WELLS FARGO BANK, N.A.** <br><br> Fed. R. Civ. Proc. 41(a)(1) <br><br> Courtroom 1600 – 16th Floor <br><br> The Honorable Michael W. Fitzgerald |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Andre Medel and Lorena Briceno Medel ("Plaintiffs"), on the one hand, and Defendant Wells Fargo Bank, N.A. (improperly sued as, Wells Fargo Home Mortgage, Inc., dba America's Servicing Company), on the other hand, hereby stipulate by and through their respective counsel of record that the action be dismissed <u>with prejudice</u> as to Defendant Wells Fargo Bank, N.A. <u>only</u>.  Each party to bear its own costs and attorneys' fees.

SO STIPULATED.

Dated:  November 25, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    *s/ John C. Dineen*
         JOHN C. DINEEN

Attorneys for Defendant
WELLS FARGO BANK, N.A.

Dated:  November 25, 2013

PRICE LAW GROUP, APC

By    *s/ G. Thomas Martin, III*
         G. THOMAS MARTIN, III

Attorneys For Plaintiffs
ANDRE MEDEL AND LORENA MEDEL