1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11
12  ANDRE MEDEL &
    LORENA BRICENO MEDEL,
13                Plaintiffs,
14         v.
15  WELLS FARGO HOME MORTGAGE,
    INC., dba AMERICA'S SERVICING
16  COMPANY; TRANS UNION, LLC;
    EQUIFAX INFORMATION SERVICES,
17  LLC; EXPERIAN INFORMATION
    SOLUTIONS, INC.; and
18  DOES 1 to 10, inclusive,
19                Defendants.

Case No. 13-CV-04380-MWF (Ex)

**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT WELLS FARGO BANK, N.A. ONLY**

Courtroom 1600 – 16th Floor
The Honorable Michael W. Fitzgerald

20
21
22
23
24
25
26
27
28

1  PURSUANT TO STIPULATION, IT IS SO ORDERED THAT all claims of
2  Plaintiffs Andre Medel and Lorena Briceno Medel ("Plaintiffs") against Defendant Wells
3  Fargo Bank, N.A. (improperly sued as, Wells Fargo Home Mortgage, Inc., dba America's
4  Servicing Company), only, are dismissed <u>with prejudice</u>.  Plaintiffs and Wells Fargo shall
5  each bear their own costs and attorneys' fees.

7  IT IS SO ORDERED.

9  Dated:  November 27, 2013

11 HON. MICHAEL W. FITZGERALD
   JUDGE OF THE U.S. DISTRICT COURT

SMRH:412882854.1

-2-

Case No. 13-CV-04380-MWF (Ex)
ORDER GRANTING STIPULATED DISMISSAL OF COMPLAINT