G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiffs
Andre & Lorena Medel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MEDEL & LORENA BRICENO MEDEL,<br><br>            Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., dba AMERICA'S SERVICING COMPANY;  TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No.: 13-cv-04380-MWF-E<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

-1-

1
2   Plaintiffs, ANDRE MEDEL & LORENA BRICENO MEDEL, by counsel, and
3   Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., by counsel, hereby
4   stipulate to the dismissal of this lawsuit with prejudice against EXPERIAN
5   INFORMATION SOLUTIONS, INC. only, with each party to bear its own costs and
6   attorneys' fees.
7
8   DATED:  January 13, 2014            RESPECTFULLY SUBMITTED,
9
10                                      By: /s/ G. Thomas Martin, III
11                                      G. Thomas Martin, III, Esq.
                                        PRICE LAW GROUP, APC
12                                      tom@plglawfirm.com
13                                      *Attorneys for Plaintiffs*
14
15                                      By: /s/Rana Nader
                                        Rana Nader, Esq. (SBN 247182)
16                                      JONES DAY
17                                      rnader@jonesday.com
18                                      *Attorneys for Defendant,*
19                                      *  EXPERIAN INFORMATION SOLUTIONS*
20
21
22
23
24
25
26
27
28